■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ORICHIELLA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 24, 1975, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Fein, Lane, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFF CO-NYERS, Appellant.—Judgment, Supreme Court, New York County, rendered on April 13, 1976, unanimously affirmed. We adopt the opinion of Lang, J., denying defendant's motion to set aside the verdict (86 Misc 2d 754). Concur—Kupferman, J. P., Fein, Lane, Sandler and Sullivan, JJ.

■ In the Matter of SOMERS MANOR NURSING HOME, INC., Respondent, v ROBERT P. WHALEN, as Commissioner of Health of the State of New York, Appellant.—Judgment, Supreme Court, New York County, entered on January 31, 1978, unanimously affirmed on the opinion of Asch, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Fein, Lane, Sandler and Sullivan, JJ.

■ BORDOW CORPORATION, Respondent, v NATIONAL BANNER CO., INC., Appellant.—Judgment, Supreme Court, New York County, entered on February 14, 1978, unanimously affirmed. (See *Matter of Marlene Inds. Corp. [Carnac Textiles]*, 59 AD2d 359.) Petitioner-respondent shall recover of respondent-appellant $40 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns and Markewich, JJ.; Silverman and Sullivan, JJ., who concur on constraint of *Matter of Marlene Inds. Corp. (Carnac Textiles) (supra)*.

■ REGINA S. KEARNS et al., Appellants, v MARIE OLLINGER et al., Respondents.—Order, Supreme Court, New York County, entered on September 22, 1977, unanimously affirmed on the opinion of Greenfield, J., at Special Term. Respondents shall recover of appellants one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Fein, Lane, Sandler and Sullivan, JJ.

■ VITO V. BRIENZA et al., Respondents, v THOMAS F. ROCHE, as Director of the Department of Personnel of the City of New York, et al., Appellants. —Judgment, Supreme Court, New York County, entered on October 27, 1977, unanimously affirmed, without costs and without disbursements. (See *Gewirtz v D'Ambrose*, 59 AD2d 827.) Concur—Lupiano, J. P., Birns, Evans and Sandler, JJ.; Silverman, J., concurs on constraint of *Gewirtz v D'Ambrose (supra)*.